UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. PHILP, MATTHEW D. PHILP, MICHAEL J. PHILP, all individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; AHMC HEALTHCARE, INC.; AHMC HEALTHCARE, INC. WELFARE BENEFIT PLAN,<br><br>Defendants. | CASE NO.: 5:18-cv-00419 CBM(Spx)<br>[Hon. Judge Consuelo B. Marshall]<br><br>**ORDER FOR RULE 41(a) DISMISSAL OF PLAINTIFFS' COMPLAINT, WITH PREJUDICE [JS-6]**<br><br>Complaint Filed: March 1, 2018 |

ORDER

After having considered the stipulation of Counsel, THE COURT HEREBY ORDERS that the instant case be dismissed, with prejudice.

IT IS SO ORDERED

DATED: January 31, 2019

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge